IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jerry T. Sanders, ) | C/A No.: 0:10-1399-JFA-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Sheriff Kenny Boone; Major J. Norris; Capt. ) | |
| J.W. Brunson; Maria B., mailroom employee; ) | |
| State of South Carolina, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The *pro se* plaintiff, Jerry T. Sanders, brings this action pursuant to 42 U.S.C. § 1983 claiming violations of his constitutional rights and alleging that the defendants interfered with his mail while he was a pretrial detainee at the Florence County Detention Center.[1]

The Magistrate Judge assigned to this action[2] has prepared a comprehensive Report and Recommendation wherein she suggests that this court should grant the defendants' motions to dismiss and for summary judgment.[3] The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was further advised of his right to file objections to the Report and

---

[1] The plaintiff has filed this action *in forma pauperis* under 28 U.S.C. § 1915.

[2] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

[3] An order was issued pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) notifying plaintiff of the summary dismissal procedure and possible consequences if he failed to adequately respond to the motion for summary judgment. Plaintiff responded to the motions.

1

Recommendation, which was entered on the docket on July 1, 2011. However, the plaintiff did not file any objections to the Report within the time limits prescribed. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds that the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, the defendants' motion to dismiss and for summary judgment (ECF Nos. 49 and 61) is granted and this action is dismissed with prejudice. Plaintiff's motion to compel is denied (ECF No. 33).

IT IS SO ORDERED.

August 16, 2011                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                           United States District Judge